**Kenneth Remond HOWARD**

v.

**STATE**

**CR-13-1751**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

■

**Luther H.T. GRUBBS, Jr.**

v.

**STATE**

**CR-13-1752**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

■

**Billy Wayne LEDBETTER**

v.

**STATE**

**CR-13-1753**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

■

**Nakia Leon WRIGHT**

v.

**STATE**

**CR-13-1756**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

**Carlos Jack SUBEL**

v.

**STATE**

**CR-13-1757**

Court of Criminal Appeals of Alabama.

01/26/2015

Dismissed